AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 877627

**RECEIVED**
By USMS District of Columbia District Court at 4:21 pm, Jul 17, 2025

United States of America
v.

DAVID ODAY SMITH

*Defendant*

Case: 1:25-mj-00120
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 7/17/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    DAVID ODAY SMITH,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Date: 07/17/2025

*Issuing officer's signature*

City and state:    Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/17/2025, and the person was arrested on *(date)* 07/22/2025
at *(city and state)* Washington, DC.

Date: 07/22/2025

*Arresting officer's signature*

Stephen H. Lowe  DUSM
*Printed name and title*